# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JACQUELYNN WILLIAMS, et al., | Civil Action No.: 3:20-cv-00591 |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | ANSPACH MEEKS ELLENBERGER LLP<br>Kent D. Riesen (0041401)<br>300 Madison Ave., Suite 1600<br>Toledo, Ohio 43604<br>Telephone:  (419) 246-5757<br>Facsimile:   (419) 321-6979<br>*Attorneys for Plaintiffs* |
| EDWARD SYPHAN, and PITT OHIO, EXPRESS, LLC., | |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** Plaintiffs, by and through their attorney, Kent D. Riesen, notify this court that his law firm has moved and his address is as follows:

Kent D. Riesen (P46816)
Anspach Meeks Ellenberger LLP
25 South Huron Street
Toledo OH 43604
(419) 246-5757
Fax: (419) 321-6979
kriesen@anspachlaw.com

Respectfully submitted,
ANSPACH MEEKS ELLENBERGER, LLP

*/s/ Kent D. Riesen*
Kent D. Riesen (0041401)
25 South Huron Street
Toledo, Ohio 43604
kriesen@anspachlaw.com